UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

CLIFFORD TAYLOR,

Defendant.

INDICTMENT

19 Cr. ___ ( )

19 CRIM 410

## COUNT ONE

**(Possession with Intent to Distribute Fentanyl)**

The Grand Jury charges:

1. On or about February 22, 2019, in the Southern District of New York, CLIFFORD TAYLOR, the defendant, intentionally and knowingly distributed and possessed with intent to distribute a controlled substance, in violation of 21 U.S.C. § 841(a)(1).

2. The controlled substance that CLIFFORD TAYLOR, the defendant, distributed and possessed with intent to distribute was 400 grams and more of mixtures and substances containing a detectable amount of fentanyl.

(Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A), and Title 18, United States Code, Section 2.)

## COUNT TWO

**(Possession with Intent to Distribute Cocaine)**

The Grand Jury further charges:

JUDGE FAILLA

3.  On or about February 22, 2019, in the Southern District of New York, CLIFFORD TAYLOR, the defendant, intentionally and knowingly distributed and possessed with intent to distribute a controlled substance, in violation of 21 U.S.C. § 841(a)(1).

4.  The controlled substance that CLIFFORD TAYLOR, the defendant, distributed and possessed with intent to distribute was mixtures and substances containing a detectable amount of cocaine.

(Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C), and Title 18, United States Code, Section 2.)

## COUNT THREE

### (Felon in Possession)

The Grand Jury further charges:

5.  On or about February 22, 2019, in the Southern District of New York and elsewhere, CLIFFORD TAYLOR, the defendant, after having been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, did possess in and affecting commerce a firearm, to wit, a .357 caliber Ruger Model SP101 revolver, which had previously been shipped and transported in interstate and foreign commerce, and did so knowingly.

(Title 18, United States Code, Sections 922(g)(1), 924(e), and 2.)

## COUNT FOUR

### (Possession of Firearm During and in Relation to Drug Trafficking Crime)

The Grand Jury further charges:

6. On or about February 22, 2019, in the Southern District of New York and elsewhere, CLIFFORD TAYLOR, the defendant, during and in relation to a drug trafficking crime for which he may be prosecuted in a court of the United States, namely, the distribution an possession with intent to distribute the controlled substances charged in Counts One through Three of this Indictment, knowingly did carry a firearm, and, in furtherance of such crime, did possess a firearm.

(Title 18, United States Code, Sections 924(c)(1)(a)(i) and 2.)

## FORFEITURE ALLEGATION

7. As a result of committing the offenses alleged in Counts One through Three of this Indictment, CLIFFORD TAYLOR, the defendant, shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any and all property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of said offenses and any and all property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, said offenses, including but not limited to a sum of money in United States

3

currency representing the amount of proceeds traceable to the commission of said offenses.

### Substitute Assets Provision

8. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

> a. cannot be located upon the exercise of due diligence;
>
> b. has been transferred or sold to, or deposited with, a third person;
>
> c. has been placed beyond the jurisdiction of the Court;
>
> d. has been substantially diminished in value; or
>
> e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the above forfeitable property.

(Title 21, United States Code, Section 853.)

_____
FOREPERSON

_____
GEOFFREY S. BERMAN
United States Attorney

4

Form No. USA-33s-274 (Ed. 9-25-58)

---

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

---

**UNITED STATES OF AMERICA**

**v.**

**CLIFFORD TAYLOR,**

                **Defendant.**

---

**INDICTMENT**

19 Cr. ____ (___)

(21 U.S.C. § 841; 18 U.S.C. §§ 922(g),
924(e), 924(c), and 2)

GEOFFREY S. BERMAN
United States Attorney

A TRUE BILL

_____
                Foreperson

---

6/4/19    Filed Indictment/
           Case assigned to Judge Failla     USMJ Gorenstein    MQ