

**MEMO ENDORSED**

February 21, 2020

Hon. Katherine Polk Failla
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re:  United States v. Clifford Taylor, 19-CR-410

Dear Judge Failla:

This case is currently scheduled for a conference on February 26, 2020, either for Mr. Taylor to plead guilty or for a trial date to be set. I write with the consent of the government to seek a brief week or ten-day adjournment of the conference.

The government has offered Mr. Taylor a plea, and he is considering it. Given his age and the seriousness of the charges, Mr. Taylor requires a few days of additional time to make a decision. Also, while I have made several visits to the MCC to discuss this plea with Mr. Taylor, at least one or two more visits will be required to finalize our plea discussions. Unfortunately, I am out of the state until Tuesday, and therefore will not be able to complete these discussions with Mr. Taylor by Wednesday.

I do expect that these plea discussions will be fruitful, and will ultimately save time and resources. Accordingly, I respectfully request an adjournment of the conference to March 5 or later. On behalf of Mr. Taylor, I agree to exclude time between February 26 and the date of the next conference under the Speedy Trial Act to facilitate and complete plea discussions.

Thank you for your consideration.

Respectfully submitted,

/s/

Florian Miedel
*Attorney for Clifford Taylor*

cc:  AUSA Daniel Wolf

Application GRANTED.  The status conference previously scheduled for February 26, 2020 is hereby ADJOURNED to **March 9, 2020, at 4:00 p.m.** in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY.

It is further ORDERED that time is excluded under the Speedy Trial Act between February 26, 2020, and March 9, 2020.  The Court finds that the ends of justice served by excluding such time outweigh the interests of the public and the defendant in a speedy trial because it will permit the defendant to consider the plea offer.

Dated: February 21, 2020
      New York, New York

SO ORDERED.

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE