UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────

UNITED STATES OF AMERICA,

                                            **NOTICE OF MOTION FOR**
                                            **TEMPORARY RELEASE ON BAIL**

      vs.

                                            Case No. 19-Cr-410 (KPF)

CLIFFORD TAYLOR,

             Defendant.
───────────────────────────────

**PLEASE TAKE NOTICE** that upon the annexed Memorandum of Law, attached exhibits, and all prior papers and proceedings herein, the defendant, CLIFFORD TAYLOR, will move before the Honorable Katherine Polk Failla, United States District Court Judge for the Southern District of New York, at the United States Courthouse, located at 40 Foley Square, New York, New York, as soon as possible, for an order to temporarily release Mr. Taylor on bail or to hold a bail hearing to address this motion; and granting such further relief as this Court deems just and proper.

DATED: March 16, 2020

                                                          Respectfully Submitted,

                                                          /s/

                                                         _____
                                                         Florian Miedel, Esq.
                                                         MIEDEL & MYSLIWIEC LLP
                                                        80 Broad Street, Suite 1900
                                                        New York, NY 10004

TO:    Clerk of the Court, SDNY
         Assistant United States Attorney Daniel Wolf