UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v.-

CLIFFORD TAYLOR,

Defendant.

19 Cr. 410 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

The Court is in receipt of Taylor's March 16, 2020 letter requesting an order temporarily releasing Taylor on bail or for a bail hearing (Dkt. #30, 31, 32) and the Government's March 18, 2020 opposition thereto (Dkt. #33). The parties are hereby ORDERED to appear for a telephone conference on **March 19, 2020, at 12:00 p.m.** Counsel for Taylor has indicated to the Court that he will waive his client's presence at the conference.

The dial-in information is as follows: At 12:00 p.m. on March 19, 2020, the parties shall call (888) 363-4749 and enter access code 5123533. If the conference line requests a "security code" the parties shall press "*". Please note, the conference will not be available prior to 12:00 p.m.

SO ORDERED.

Dated:    March 18, 2020
          New York, New York

_____
     KATHERINE POLK FAILLA
     United States District Judge