

March 20, 2020

Hon. Katherine Polk Failla
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

      Re: <u>United States v. Clifford Taylor, 19-CR-410</u>

Dear Judge Failla:

 A change of plea hearing is currently scheduled for Mr. Taylor on March 26, 2020. I write now, with the consent of the government, to adjourn the change of plea conference.

 As the Court is aware, a motion is pending to temporarily release Mr. Taylor on bail. That motion is on hold while Mr. Taylor's parole issues are resolved. Given 18 U.S.C. § 3143(a), it may be easier to resolve the bail issue before Mr. Taylor pleads guilty. More importantly, MCC has stopped all legal visits, and I have therefore not been able to communicate with Mr. Taylor in a confidential setting since the last court conference. I am not in position to convey to the Court whether Mr. Taylor is prepared to proceed. Finally, it seems that all non-essential court conferences should be avoided at this point for the protection of all involved. Since a change of plea is not essential at this moment, an adjournment for that reason also appears advisable. For these reasons, I respectfully move to adjourn the conference to a date convenient to the Court. Because such an adjournment is in the public interest, and will permit me to continue to discuss the advisability of a guilty plea with Mr. Taylor, I consent to an exclusion of time from March 26 to the next date under the Speedy Trial Act.

 Thank you for your consideration.

              Respectfully submitted,

              /s/

              Florian Miedel
              *Attorney for Clifford Taylor*

cc: AUSA Daniel Wolf

Application GRANTED. The plea hearing in this case, previously scheduled for March 26, 2020, is hereby ADJOURNED to **May 18, 2020, at 4:00 p.m.**

It is further ORDERED that time is excluded under the Speedy Trial Act between March 26, 2020, and May 18, 2020. The Court finds that the ends of justice served by excluding such time outweigh the interests of the public and the defendant in a speedy trial because it will permit Mr. Taylor to pursue his bail application and to discuss the plea offer with counsel.

Dated: March 20, 2020
      New York, New York

SO ORDERED.

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE