

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 29, 2020

**BY ECF and EMAIL**
The Honorable Katherine Polk Failla
Thurgood Marshall
United States Courthouse
40 Foley Street
New York, New York 10007

    Re:    *United States* v. *Clifford Taylor*, 19 Cr. 410 (KPF)

Dear Judge Failla:

    The Government respectfully submits this letter to supplement its opposition to the request by Clifford Taylor, the defendant, that he be temporarily released on bail from the Metropolitan Correctional Center ("MCC"), by providing for the Court a letter dated March 18, 2020, from the Bureau of Prisons to Chief Judge Colleen McMahon in response to questions regarding the MCC's and the Metropolitan Detention Center's response to COVID-19. That letter is attached hereto as Exhibit A.

    In addition, further to the Court's inquiry during the telephonic conference convened on March 19, 2020, the Government informs the Court that it takes no position regarding the need for Pretrial Services to prepare a report concerning the defendant prior to a bail determination being made in this case.

                                 Respectfully submitted,

                                 GEOFFREY S. BERMAN
                               United States Attorney

                by: /s/ _____
                     Daniel H. Wolf
                     Assistant United States Attorney
                     (212) 637-2337

cc:    Florian Miedel (by ECF and email)