UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| UNITED STATES OF AMERICA, | |
|---|---|
| -v.- | 19 Cr. 410 (KPF) |
| CLIFFORD TAYLOR, | **ORDER** |
| Defendant. | |

KATHERINE POLK FAILLA, District Judge:

The parties are hereby ORDERED to appear for a telephone conference on **March 30, 2020, at 10:30 a.m.**, on Taylor's application for an order temporarily releasing Taylor on bail due to the COVID-19 Pandemic. (*See* Dkt. #30, 31, 32). Taylor's counsel Mr. Florian Miedel, has indicated to the Court that he will waive Taylor's presence at the telephone conference.

The dial-in information is as follows: At 10:30 a.m. on March 30, 2020, the parties shall call (888) 363-4749 and enter access code 5123533. If the conference line requests a "security code" the parties shall press "*". Please note, the conference will not be available prior to 10:30 a.m.

SO ORDERED.

Dated: March 29, 2020
New York, New York

*Katherine Polk Failla*
_____
KATHERINE POLK FAILLA
United States District Judge