

April 2, 2020

Hon. Katherine Polk Failla
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   United States v. Clifford Taylor, 19-CR-410

Dear Judge Failla:

In light of the Court's April 1 decision not to order the MCC to have Mr. Taylor tested for COVID-19, I respectfully request the Court to order Mr. Taylor's temporary release upon his completion of a 14 day quarantine period that he is currently undergoing at the MCC. If the Court agrees, I would ask that the terms of the temporary release be those set forth in the letter to the Court filed by the government yesterday (ECF No. 40), containing all agreed-upon bail conditions.

Furthermore, the government has now vetted the two financially responsible suretors and finds them acceptable, leaving only Mr. Taylor's partner, for moral suasion.

Thank you for your consideration.

Respectfully,

/s/

Florian Miedel
*Attorney for Clifford Taylor*

cc:   AUSA Daniel Wolf