UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>            -v.-<br><br>CLIFFORD TAYLOR,<br><br>                    Defendant. | 19 Cr. 410 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

The parties are hereby ORDERED to appear for a telephonic conference on April 24, 2020, at 12:00 p.m. to discuss Mr. Taylor's pretrial release on bond. The dial-in information is as follows: At 12:00 p.m. on April 24, 2020, the parties shall call (888) 363-4749 and enter access code 5123533. If the conference line requests a "security code" the parties shall press "*". Please note, the conference will not be available prior to 12:00 p.m.

Defense counsel, Mr. Miedel, is hereby ORDERED to provide the dial-in information to his client, Mr. Taylor.

    SO ORDERED.

Dated:   April 23, 2020
         New York, New York

                                           _____
                                           KATHERINE POLK FAILLA
                                           United States District Judge