

**MM**
Miedel & Mysliwiec LLP

May 1, 2020

Hon. Katherine Polk Failla
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re:    United States v. Clifford Taylor, 19-CR-410

Dear Judge Failla:

On Friday, April 17, 2020, Mr. Taylor was released from the MCC to home detention pursuant to a temporary bond, granted by this Court because of the COVID-19 crisis. As part of Mr. Taylor's conditions of release, I am directed to provide weekly updates to the Court on Mr. Taylor's compliance with the conditions of the bond. On Friday, April 24, the parties and the Court had a phone conference at which, among other things, the Court received an update on Mr. Taylor's situation.

I write today to report that Mr. Taylor remains under strict home confinement at the address to which he was released. He wears an electronic monitoring bracelet and is continuously monitored by Pretrial Services. To my knowledge, Mr. Taylor has abided by all conditions of the bond. I speak to Mr. Taylor every two to three days to receive a status update, and I'm happy to report that he is healthy and is not showing any signs of illness. He remains eternally grateful to the Court.

Please advise if the Court wishes to receive additional information.

Respectfully,

/s/

Florian Miedel
*Attorney for Clifford Taylor*

cc:    AUSA Daniel Wolf