

May 8, 2020

Hon. Katherine Polk Failla
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re:     United States v. Clifford Taylor, 19-CR-410

Dear Judge Failla:

    A change of plea hearing is currently scheduled for Mr. Taylor on May 18, 2020. I write now, with the consent of the government, to adjourn the change of plea conference.

    As the Court is aware, Mr. Taylor was released to home incarceration on April 17. Non-essential court proceedings are not regularly taking place because of the COVID-19 crisis, and under the circumstances, there is no urgency to proceed with this conference at this moment. While I have regular phone contact with Mr. Taylor, I would also prefer to have an in-person meeting with him to ensure he understands all of the terms of the plea agreement before proceeding. I therefore respectfully ask the Court to adjourn the change of plea conference by 30-60 days. I have discussed this request with Mr. Taylor and he consents to an exclusion of time from May 18 to the next date under the Speedy Trial Act.

    As noted, I have also discussed the request with the government, which consents.

    Thank you for your consideration.

Respectfully submitted,

/s/

Florian Miedel
*Attorney for Clifford Taylor*

cc:     AUSA Daniel Wolf

Application GRANTED.  Mr. Taylor's change of plea hearing, which was previously scheduled for May 18, 2020, is hereby ADJOURNED to **June 26, 2020, at 11:00 a.m.** in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY.

It is further ORDERED that time is excluded under the Speedy Trial Act between May 18, 2020, and June 26, 2020.  The Court finds that the ends of justice served by excluding such time outweigh the interests of the public and the defendant in a speedy trial because it will permit the defendant to have an in-person meeting with his counsel to ensure he understands all of the terms of the plea agreement before proceeding.

Dated: May 8, 2020
       New York, New York

SO ORDERED.

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE