



September 28, 2020

Hon. Katherine Polk Failla
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

                Re:      <u>United States v. Clifford Taylor, 19-CR-410</u>

Dear Judge Failla:

      On Friday, April 17, 2020, Mr. Taylor was released from the MCC to home detention pursuant to a temporary bond, granted by this Court because of the COVID-19 crisis. As part of Mr. Taylor's conditions of release, Mr. Taylor must remain at home at all times, with limited exceptions.

      I write to request permission for Mr. Taylor to undergo a sleep study tomorrow night, to test his sleeping conditions in light of the fact that he has been diagnosed with sleep apnea. Mr. Taylor has provided all documentation about the diagnosis and the sleep study to Pretrial Services. I have consulted with both Pretrial Services and the government about this request. Pretrial Services does not object given the documentation provided and Mr. Taylor's history of compliance with his conditions of release. The government defers to Pretrial Services.

      Accordingly, I respectfully request the Court to permit Mr. Taylor to leave his home at approximately 9pm tomorrow night, and to remain at the sleep study center until approximately 6:30am Thursday morning. Pretrial Services is aware of the exact times, and will monitor Mr. Taylor's whereabouts.

      Thank you for your consideration.

                                                    Respectfully,

                                                   /s/

                                                   Florian Miedel
                                                   *Attorney for Clifford Taylor*

cc:     AUSA Daniel Wolf
        Pretrial Services Officer Rothman

80 Broad Street, Suite 1900 • New York, New York 10004 • (T) 212-616-3042 • (F) 800-507-8507 • www.fmamlaw.com

---

Application GRANTED.

Dated:    September 29, 2020
            New York, New York

SO ORDERED.

*(signature: Katherine Polk Failla)*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE