

MEMO ENDORSED

November 30, 2020

Hon. Katherine Polk Failla
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re:     United States v. Clifford Taylor, 19-CR-410

Dear Judge Failla:

    A change of plea hearing is currently scheduled for Mr. Taylor on December 10, 2020. As the Court knows, Mr. Taylor would prefer to appear in person for his guilty plea conference. The parties have been informed that given the dramatic increase in COVID-19 infections, both nation-wide and in the New York area, the Court is disinclined to conduct non-essential in-person proceedings at this time. Accordingly, I respectfully request that the current change of plea conference is adjourned to a date convenient to the Court. I have conferred with the government about this request, and the government does not oppose. If granted, Mr. Taylor consents to an exclusion of time under the Speedy Trial Act from December 10, 2020 to the next date set by the Court.

    Thank you for your consideration.

Respectfully submitted,

/s/

Florian Miedel
*Attorney for Clifford Taylor*

cc:     AUSA Daniel Wolf

Application GRANTED.  The change of plea hearing currently scheduled for December 10, 2020, is ADJOURNED to **February 3, 2021, at 11:00 a.m.** in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY 10007.

It is ORDERED that time is excluded under the Speedy Trial Act between November 30, 2020, and February 3, 2021.  The Court finds that the ends of justice served by excluding such time outweigh the interests of the public and the defendant in a speedy trial because it will allow the Court to conduct the proceeding in person, as is Mr. Taylor's right and preference, consistent with COVID-19 safety guidance.

Counsel for Mr. Taylor is further directed to provide status updates on a biweekly basis from this point forward.  The next update shall be filed on or before **December 11, 2020.**

Dated:   November 30, 2020  
        New York, New York

SO ORDERED.

HON. KATHERINE POLK FAILLA  
UNITED STATES DISTRICT JUDGE