

February 19, 2021

Hon. Katherine Polk Failla
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

              **Re:**    <u>**United States v. Clifford Taylor, 19-CR-410**</u>

Dear Judge Failla:

      On Friday, April 17, 2020, Mr. Taylor was released from the MCC to home detention pursuant to a temporary bond, granted by this Court because of the COVID-19 crisis. As part of Mr. Taylor's conditions of release, I am directed to provide bi-weekly updates to the Court on Mr. Taylor's compliance with the conditions of the bond.

      I write today to report that Mr. Taylor remains under strict home confinement at the address to which he was released. He wears an electronic monitoring bracelet and is continuously monitored by Pretrial Services. I spoke to Mr. Taylor today, and he continues to be healthy and in compliance with the conditions of his bond.

      Thank you for your consideration.

                                                                   Respectfully,

                                                                   /s/

                                                                   Florian Miedel
                                                                   *Attorney for Clifford Taylor*

cc:     AUSA Daniel Wolf