


August 5, 2021

Hon. Katherine Polk Failla
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re:     <u>United States v. Clifford Taylor, 19-CR-410</u>

Dear Judge Failla:

On May 5, 2021, Mr. Taylor pled guilty before this Court. Sentencing is scheduled for September 15, 2021. Following the guilty plea, the Court agreed to continue Mr. Taylor on bond, which consists of strict home confinement. As part of his conditions of release, I am directed to provide bi-weekly updates to the Court on Mr. Taylor's compliance with the conditions of the bond.

I write today for two reasons. First, as the Court may remember, one of Mr. Taylor's medical issues relates to the fact that he suffers from sleep apnea. He is receiving treatment for that condition from his doctors at St. Barnabas hospital. To that end, his doctors want him to participate in a sleep study from about 9pm on August 11 to about 7am on August 12, at St. Barnabas hospital. Pretrial Services has reviewed the request and has no objection. The government also consents.

Accordingly, I respectfully request permission for Mr. Taylor to be allowed participate in the sleep study on August 11-12. Pretrial Services will coordinate the exact times.

Second, I am happy to report that Mr. Taylor continues to abide by the conditions of his release. I spoke to him today and he is healthy and in compliance with his bond.

Thank you for your consideration.

Respectfully,

/s/

Florian Miedel
*Attorney for Clifford Taylor*

cc:     AUSA Daniel Wolf

80 Broad Street, Suite 1900 • New York, New York 10004 • (T) 212-616-3042 • (F) 800-507-8507 • www.fmamlaw.com

The Court is in receipt of the above letter from counsel for Mr. Taylor and is pleased to hear that Mr. Taylor remains healthy and in compliance with the terms of his bond.  The request for Mr. Taylor to be permitted to participate in a sleep study on August 11-12 is GRANTED.

Dated: August 5, 2021
       New York, New York

SO ORDERED.

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE