UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

+-------------------------------------------+
| UNITED STATES OF AMERICA                  |
|                                           |
|                  -v.-                     |
|                                           |
| CLIFFORD TAYLOR,                          |
|                                           |
|                          Defendant.       |
+-------------------------------------------+

19 Cr. 410 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

On November 5, 2021, the Court received a letter from Defendant Clifford Taylor asking for "reconsideration with regards to [his] sentencing." (Dkt. #181 at 1). After speaking with Mr. Taylor's counsel, who was appointed to represent Mr. Taylor as a member of the Criminal Justice Act ("CJA") Panel, the Court understands that Mr. Taylor is proceeding *pro se* with respect to the relief he seeks in his letter.

Mr. Taylor's letter seeks various forms of relief, but does not identify the procedural vehicle through which he seeks such relief. Mr. Taylor asks primarily for a reduction in his sentence from 84 months to 60 months of incarceration and from four years to two years of supervised release. (Dkt. #181 at 2). In the alternative, Mr. Taylor seeks either (i) credit against his sentence for the time he served on home detention prior to his term of incarceration or (ii) to serve his sentence on home confinement. (*Id.*). Although Mr. Taylor references several reasons that the Court should order such relief, he does not state whether his letter should be considered a motion to vacate, set aside, or correct his sentence under 28 U.S.C. § 2255, a motion for compassionate release under 18 U.S.C. § 3582, or something else. Mr. Taylor

also does not address whether he has satisfied any procedural prerequisites that attach to each of those forms of potential relief.

Given the uncertainties surrounding the relief Mr. Taylor is now seeking, as well as Mr. Taylor's representations concerning his relationship with the attorney who represented him in this case, the Court finds that it is appropriate to appoint new counsel to advise Mr. Taylor on the appropriate next steps in this case.  Accordingly, the Court grants the appointment of new counsel to Mr. Taylor under the following circumstances:  The CJA clerk shall identify a member of the CJA panel with an upcoming duty day who does not have any conflict in representing Mr. Taylor.  That attorney will be appointed to represent Mr. Taylor for the purpose of assisting him, as appropriate, in the preparation of a motion for the relief outlined in his letter.

The Clerk of Court is directed to mail a copy of this Order to Mr. Taylor at the following address:  159-30 Harlem River Drive, Apartment 4E, New York, New York 10039.

SO ORDERED.

Dated:   November 10, 2021
         New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge