UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| UNITED STATES OF AMERICA | |
|---|---|
| -v.- | 19 Cr. 410 (KPF) |
| CLIFFORD TAYLOR, | **ORDER** |
| Defendant. | |

KATHERINE POLK FAILLA, District Judge:

On May 17, 2022, Defendant Clifford Taylor, proceeding *pro se*, filed a letter requesting the appointment of counsel for the purpose of assisting him with a motion for compassionate release. Because several of the attachments included with Mr. Taylor's letter appear to contain confidential and privileged communications exchanged with Mr. Taylor's former counsel, the Court has not read the attachments and will not file the letter on the public docket.

The Court has previously appointed counsel for Mr. Taylor. In an Order dated November 10, 2021, the Court appointed Mr. Taylor counsel under the Criminal Justice Act for the limited purpose of assisting him with his request for reconsideration of his sentencing. (Dkt. #182). Following the entry of that Order, Mr. Jeffrey G. Pittell appeared for Mr. Taylor and filed a letter informing the Court that Mr. Taylor had decided not to file a motion for compassionate release or a habeas petition at that time and bringing several other unrelated issues to the Court's attention. (Dkt. #189). Mr. Pittell further stated in this letter that he was "willing to remain as counsel of record for Mr. Taylor in the event he seeks to file a future motion for compassionate release." (*Id.*).

Given Mr. Taylor's desire to file a motion for compassionate release and Mr. Pittell's willingness to assist Mr. Taylor with that motion, the appoints Mr. Pittell as counsel for Mr. Taylor for the limited purpose of assisting him in the preparation of a motion for compassionate release.

SO ORDERED.

Dated:  May 31, 2022
       New York, New York

*Katherine Polk Failla*

KATHERINE POLK FAILLA
United States District Judge